IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| PROMOTIONS OF AMERICA, INC. ) | |
| ) | CIVIL ACTION NUMBER |
| VS. ) | |
| ) | |
| AGENCY FOR THE PERFORMING ARTS, ) | M-08-147 |
| INC., AND CHRISTINE BARKLEY ) | |

<u>ORDER OF REMAND</u>

On the 7th day of August, 2008, came on to be heard the Plaintiff's Motion to Remand and the Court after having considered said motion, the pleadings on file and the arguments of counsel, was of the opinion that said motion should be granted for the reasons stated on the record. It is, therefore,

ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Remand is GRANTED and the above-styled case is hereby REMANDED to the 332nd Judicial District Court of Hidalgo County, Texas, and the Clerk shall take the necessary steps to effectuate said remand.

The Clerk shall send a copy of this Order of Remand to counsel for the parties.

DONE on this 19th day of August, 2008, at McAllen, Texas.

Ricardo H. Hinojosa
UNITED STATES DISTRICT JUDGE